# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIEANNA HOOKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, DBA Target, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 5:22-cv-00052-SSS (SPx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)** |

ORDER

Having reviewed and considered the Stipulation to Dismiss the Entire Action, With Prejudice Pursuant to FRCP Rule 41(a)(2) between the Parties and their respective counsel of record, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

(1) This entire action is dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs; and

(2) This Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: July 1, 2024

_____
Honorable Sunshine S. Sykes
U.S. District Judge